In the United States Federal District Court for Iowa

Christopher Bruce                          Case Number:_____

    Petitioner

vs                                                   Petition for

State of Iowa/Juvenile Courts et al.            Habeas Corpus

    Respondent.                           for T.B. (A minor)

---

COMES NOW, Christopher Bruce, pro-se and hereby states the following:

1. Trilynn Brueggeman (a minor), was taken by the Department of Human Services Child Protective Worker Emily Nieman, SP04, on July 21st, 2014.

2. On July 27th, 2015, the director of The Department of Human Services, Charles Palmer, did issue a final decision concerning an appeal to the Administrative offices of the Department of Human Services concerning a Child Protective Assessment, appeal brought by Elizabeth and Christopher Bruce, upholding the proposed decision of the ALJ, Ms. Margaret LaMarch; finding that all allegations, concerns and non-filed charges against these parents were unfounded, that they should be removed from the National Child Abuse Registry immediately, and that T.B. should have never been removed from the natural parents' home in the first place.

3. That a case to appeal the termination of the parents' parental rights is still on appeal, and has been for an unusually extended period of time - over six months, and still being considered, long after this final decision was rendered and submitted to the Iowa Supreme Court, within a proper legal time frame.

4. T.B. has been held against her will in foster care since July 21, 2014; and, at last knowledge, was in the possession of the unmarried father, Ronald Shaver of Newton, Iowa, unlawfully and against her will, per the Juvenile Court's Permanency Hearing held January 15, 2015.

**WHEREFORE** the Petitioner requests a Writ of Habeas Corpus be issued, and that T.B. be delivered IMMEDIATELY to the Petitioner, by U.S. Marshalls.

Respectfully submitted,

---

Christopher Bruce, Petitioner
914 E US 30, Lot 4
Carroll, IA 51401-2600
CC: State of Iowa/Juvenile Courts

1

## Certificate of Service

I, <u>Christopher Bruce</u>, verify that a true copy of this Petition For Habeas-Corpus, for my daughter, <u>T.B.</u>, was mailed to the Respondent on August 28, 2015, by U.S. First Class Postage Pre-paid mail from Des Moines, Ia.

_____ 08/28/2015.
Christopher W. Bruce, Petitioner