# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

## JUDGMENT IN A CIVIL CASE

Christopher Bruce

**CASE NO.:** 4:15-cv-287

Petitioner,

v.

State of Iowa

Respondent.

_____ **JURY VERDICT .** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

✔ **DECISION BY COURT.** This action came before the Court. The matter has been fully submitted and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Case is dismissed in favor of respondent and against petitioner.

Date: 9/1/2015

Clerk, U.S. District Court

_Susan Crocker_

By: Deputy Clerk